PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GIRARD TECHNOLOGIES INC., *et al.*, | ) | |
| | ) | CASE NO. 4:22CV655 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| RICHARD STILES, *et al.*, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendants. | ) | **ORDER** |

On May 12, 2023, the assigned magistrate judge issued a Report and Recommendation suggesting that the Court sanction Mr. Bugno in the amount of $98.75 for his failure to comply with the subpoena and attend his deposition. See ECF No. 67.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id*.; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Absent objections, a district court may adopt a magistrate judge's report without review. See *Thomas*, 474 U.S. at 149.

In the instant case, objections to the Report and Recommendation were due by May 26, 2023. None of the parties of have filed any objections. Accordingly, the Court adopts the Report and Recommendation. ECF No. 67. The magistrate judge's decision recommending that

(4:22CV655)

Mr. Bugno be sanctioned in the amount of $98.75 for his failure to comply with the subpoena and attend his deposition is adopted.

    IT IS SO ORDERED.

| | |
|---|---|
| July 10, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson<br>United States District Judge |