PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| GIRARD TECHNOLOGIES INC., *et al.*, | ) | |
| | ) | CASE NO. 4:22-CV-655 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| RICHARD STILES, *et al.*, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| Defendants. | ) | **AND ORDER** |
| | ) | [Resolving ECF No. 72] |

Plaintiffs Girard Technologies Inc., *et al.*, bring this action against Defendant Youngstown Towing, LLC, for: (i) declaratory judgment; (ii) further relief under 28 U.S.C. § 2201, *et seq.*; (iii) further equitable relief; and (iv) equitable accounting.

Pending is Plaintiffs' Motion for Default Judgment (ECF No. 72), filed and served on June 26, 2023, in this action against Youngstown Towing, LLC, *et al*. The Court has been advised, having reviewed the file, including, Plaintiff's supplemental filing, Affidavit and Declarations (ECF No. 80), and applicable law.

Defendant was duly served with summons and the Complaint (ECF No. 1) on September 19, 2022, by certified mail (ECF No. 24). Pursuant to Fed. R. Civ. P. 4(e)(1), Ohio R. Civ. P. 4.6(D), and Local Rule 4.2(c), Defendant had 28 days from the date process was mailed to file and Answer. Defendant has failed to plead or otherwise defend. On April 7, 2023, the Clerk entered the default of Defendant Youngstown Towing, LLC (ECF No. 47).

(4:22CV655)

    For good cause shown, Plaintiffs' Motion for Default Judgment is granted.

    IT IS SO ORDERED.

| | |
|---|---|
| January 24, 2024 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |